Date: 04/28/10            **DIVIDENDS REMITTED TO THE COURT**      *Receipt # 150239*     Page: 1

Check Number 3010 Dated 04/28/10
Case Number 09-17888 - MCCALL, GRACE L.     *CK # 3010*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| CenturyTel of Ohio, Inc.<br>c/o Rex D. Rainach, APLC<br>3622 Government Street<br>Baton Rouge, LA 70806-5720 | 000003 | 105.79 | 3.29 |
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 000008 | 123.42 | 3.84 |
| ---------- Remittance Total --------------- | | 229.21 | 7.13 |

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE